```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
DYNAMIC STAR, LLC,

                Plaintiff,

      -against-                                     24-cv-4649 (LAK)

DR. JUDITH ZACKSON,

                Defendants
------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

       The Court is in receipt of plaintiff's motion for a preliminary injunction (Dkt 12) and defendant's opposition to such motion (Dkt 15). Plaintiff is directed to file a reply brief by Wednesday, July 3, 2024 at 4:00 p.m. The Court will hear argument in person on July 9, 2024 at 10:30 a.m. in courtroom 21B.

       SO ORDERED.

Dated:     July 1, 2024

                                                    _____
                                                    Lewis A. Kaplan
                                                    United States District Judge