UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DYNAMIC STAR, LLC,<br><br>         Plaintiff,<br><br>  - against -<br><br>DR. JUDITH ZACKSON,<br><br>         Defendant. | Case No. 24-cv-4649 (LAK) |

### NOTICE OF MOTION TO DISMISS

  Defendant Dr. Judith Zackson moves pursuant to Federal Rule of Civil Procedure 12(b), seeking dismissal of the Complaint.

Dated: New York, New York
    July 22, 2024

                 Respectfully submitted,

                 OBERHEIDEN, P.C.

                 _____
                 William H. Newman
                 30 Wall Street, Eighth Floor
                 New York, New York 10005
                 Phone: (212) 970-9468
                 Email: will@federal-lawyer.com

                 Attorney for Dr. Judith Zackson