

# OBERHEIDEN PC

**ATTORNEYS**
DR. NICK OBERHEIDEN
Washington D.C., New York
LYNETTE S. BYRD
Texas
ELIZABETH K. STEPP
New York, Texas
P. COVARRUBIAS MEYER
Texas
HON. BRIAN KUESTER
Oklahoma
JOHN W. SELLERS
Maryland
LINDA JULIN MCNAMARA
Florida
WILLIAM H. NEWMAN
New York, Georgia, Penn., Virginia
JENNIFER W. CORINIS
Florida, Massachusetts
ELLEN COMLEY
Texas
ALINA VENEZIANO
New York, Nevada
PAUL STRICKLAND
California

**OF COUNSEL**
HON. MIKE R. POMPEO
Washington D.C.
HON. JOHN RATCLIFFE
Texas
HON. TREY GOWDY
South Carolina

**LOCAL COUNSEL**
HON. JOE BROWN
Texas
HON. S.A. MARSHALL
Oregon
COREY STEINBERG
Florida
RICHARD T. SIMMONS
Louisiana
AARON L. WILEY
Texas
DAVID RABEN
Florida
ERICK CRUZ
Florida
KAREN PICKETT
Massachusetts
MICHAEL A. RATAJ
Michigan
BILL TUNKEY
Florida
KAMILLE DEAN
Ariz., Utah, Cal., Minn., Col.
JOSEPH NASCIMENTO
Florida
TERRY C. FRANK
Virginia, North Carolina

440 LOUISIANA STREET., STE 200
HOUSTON, TX 77002
FEDERAL-LAWYER.COM

July 24, 2024

*via Hand Delivery to Court Security Officers*

The Hon. Lewis A. Kaplan
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10013

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-25-24
```

Re: ***Dynamic Star, LLC v. Dr. Judith Zackson*, 24-cv-4649**

Dear Judge Kaplan:

This firm represents Dr. Judith Zackson. I write jointly with counsel for Dynamic Star, LLC, to provide a status report to the Court.

Since the hearing before Your Honor on July 17, 2024, the parties have discussed a potential resolution for this dispute. They have exchanged multiple proposals, but were unable to come to an agreement.

In particular, the Plaintiff is not willing to discontinue the action entirely and with prejudice, without the opportunity to reopen the case before You should it turn out that Defendant's representations and disclosures in the stipulated Order of Permanent Injunction are untrue. The Defendant, in turn, seeks a final resolution of the Plaintiff's claims with prejudice, although she understands that any false representations or disclosures in a stipulated Order of Permanent Injunction may subject her to being held in contempt.

Respectfully submitted,

William H. Newman