**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DYNAMIC STAR, LLC,

                Plaintiff,

    -against-                                24 **CIVIL** 4649 (LAK)

                                         **JUDGMENT**

DR. JUDITH ZACKSON,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion dated August 6, 2024, this Court lacks personal jurisdiction over the defendant, Dr. Judith Zackson. Defendant's motion to dismiss (dkt 18) therefore is GRANTED.

**Dated:**  New York, New York

        August 7, 2024

                                                      **DANIEL ORTIZ**
                                                  **Acting Clerk of Court**
                **BY:**
                                                   **Deputy Clerk**